**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00406-NYW

DANIEL P. KAUFMAN,

      Plaintiff,

v.

UNIVERSITY OF COLORADO AT BOULDER, through its Board, the Regents of the
University of Colorado,
PHILLIP DISTEFANO, in his Official Capacity,
DR. ANDREW COWELL, in his Official and Individual Capacities,
DR. RUSSELL MOORE, in his Official and Individual Capacities,
BRONSON HILLIARD, in his Official and Individual Capacities, and
DR. STEVEN LEIGH, in his Official and Individual Capacities,

      Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the
Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate
Judges.  The parties are expected to become familiar with the Pilot Program.

      IT IS ORDERED:

    1.  The court will hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**May 4, 2015 at 9:30 a.m.**

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street,
Denver, Colorado;

    2.  The parties shall complete and file the Pilot Program Consent Form indicating either
       unanimous consent of the parties or that consent has been declined, on or before:

**May 14, 2015**

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).


DATED: March 6, 2015

BY THE COURT:


s/Nina Y. Wang_____
United States Magistrate Judge