**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  15-cv-00406-LTB-NYW

DANIEL P. KAUFMAN,

    Plaintiff,

v.

UNIVERSITY OF COLORADO AT BOULDER, through its Board, the Regents of the University of Colorado,
PHILLIP DISTEFANO, in his Official Capacity,
DR. ANDREW COWELL, in his Individual Capacity,
DR. RUSSELL MOORE, in his Individual Capacity,
BRONSON HILLIARD, in his Individual Capacity, and
DR. STEVEN LEIGH, in his Individual Capacity,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand (Doc 43 - filed June 25, 2015) is **GRANTED**.  The Clerk of Court shall accept for filing the Second Amended Complaint and Jury Demand (Doc 43-1).

Dated:   June 26, 2015
_____