**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  15-cv-00406-LTB-NYW

DANIEL P. KAUFMAN,

      Plaintiff,

v.

UNIVERSITY OF COLORADO AT BOULDER, through its Board, the Regents of the University of Colorado,
DR. ANDREW COWELL, in his Individual Capacity, and
BRONSON HILLIARD, in his Individual Capacity,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Unopposed Joint Motion to Withdraw Motions to Dismiss the Amended Complaint as Moot (Doc 47 - filed July 2, 2015) is **GRANTED**.  Defendants Motions to Dismiss Amended Complaint (Docs 27, 28, and 31) are DEEMED MOOT.

      Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Doc 48 - filed July 2, 2015) is **GRANTED up to and including July 31, 2015**.

Dated:  July 6, 2015
_____