IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

| | |
|---|---|
| Civil Action: 15-cv-00406-LTB-NYW | Date: August 6, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| DANIEL P. KAUFMAN, | *Seth J. Benezra* |
| **Plaintiff,** | |
| v. | |
| UNIVERISTY OF COLORADO AT BOULDER, | *David P. Temple* |
| DR. ANDREW COWELL, | *Cathy Havener Greer* |
| BRONSON HILLIARD, | *Rachel Ollar Entrican* |
| | *Thomas Sullivan Rice* |
| **Defendants.** | |

---

### COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE AND MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Plaintiff shall file a supplement to the computation of damages on or before August 19, 2015.

Each side is allowed:
Ten (10) depositions; excluding experts, no deposition may exceed one day of seven hours, except the deposition of plaintiff, which will count as a single deposition but may occur as agreed by parties;
Twenty-five (25) interrogatories, including discrete subparts.

Each group, including the plaintiff, the University, and the individual defendants, is allowed:
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication.

Deadline for joinder of parties and amendment of pleadings: September 1, 2015.

Discovery cut-off: April 6, 2016.

Dispositive motion deadline: May 6, 2016.

Each side may designate no more than three (3) testifying expert witnesses.
All parties shall designate principal experts on or before: January 8, 2016.
All parties shall designate rebuttal experts on or before: February 15, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

A Final Pretrial Conference is set for July 12, 2016, at 10:00 a.m. The parties shall submit their proposed pretrial order, including a copy of the proposed order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference.

A seven-day jury trial is set to commence on **January 23, 2017**, at 9:00 a.m. before the Honorable Lewis T. Babcock, with a Trial Preparation Conference on **December 16, 2016**, at 9:00 a.m., separate order to issue.

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties involved in the dispute shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Parties discuss the proposed Stipulated Order for Production of Documents and Electronically-Stored Information [52-1] filed July 30, 2015. The Order is approved and entered with interlineations made by the court.

Discussion and argument held on Defendants' Joint Motion to Stay Discovery Based on Defendants' Immunity [34] filed June 3, 2015.

**ORDERED:   Defendants' Joint Motion to Stay Discovery Based on Defendants' Immunity [34] is TAKEN UNDER ADVISEMENT, separate written order to issue.**

Court in Recess:  2:12 p.m.           Hearings concluded.           Total time in Court:  00:41

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.