IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.   15-cv-00406-LTB-NYW

DANIEL P. KAUFMAN,

       Plaintiff,

v.

UNIVERSITY OF COLORADO AT BOULDER, through its Board, the Regents of the University
of Colorado,
DR. ANDREW COWELL, in his Individual Capacity, and
BRONSON HILLIARD, in his Individual Capacity,

       Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' Stipulated Redactions Pursuant to November 5,

2015 Order Dismissing Second Amended Complaint [Doc. # 75].  I find that the proposed

redactions are consistent with the Protective Order entered in this case [Doc. # 25] and therefore

**GRANT** the stipulation.  The original order [Doc. # 73] and the "redline" showing the proposed

redactions thereto [Doc. # 76] shall remain restricted at Level 1 and accessible only to the parties

and the Court.  A version of the order that is redacted in accordance with the parties' stipulation

shall be separately docketed and accessible to the public.

DATED: November __12__, 2015.

                       BY THE COURT:


                       s/Lewis T. Babcock
                       LEWIS T. BABCOCK, JUDGE